O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6739 AHM (SHx) | Date | October 24, 2008 |
|---|---|---|---|
| Title | INTERSCOPE RECORDS, *et al.* v. JOHN DOE #13 | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Plaintiffs failed to submit a declaration establishing proof of service of the Amended Complaint, and their motion for default judgment[1] is therefore DENIED.

                                                                                              :
                                                                    Initials of Preparer       SMO

---

[1] Docket No. 20.