O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6739-AHM (SHx) | Date | October 6, 2008 |
|---|---|---|---|
| Title | INTERSCOPE RECORDS, et al. v. JOHN DOE #13 | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Jonathan Fetterly | No Appearance | | |

**Proceedings:**   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AKEEM CHRISTOPHER AYERS [20]

Cause called; appearances made.  No appearance by defendant.

After questioning counsel regarding notice, the Court denies plaintiff's motion for default judgment but will allow the movant to cure its deficiencies by submitting a further declaration from a percipient witness as to the steps and procedures used to determine and verify defendant's address, etc.  Accordingly, the Court takes the above motion under submission.

|  | : | 11 |
|---|---|---|
| Initials of Preparer | | SMO |