O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6739-AHM (SHx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | INTERSCOPE RECORDS, et al. v. JOHN DOE #13 | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan Fetterly | No Appearance |

**Proceedings:** MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AKEEM CHRISTOPHER AYERS [25] (non-evidentiary)

After questioning counsel regarding service of the notice of motion and motion and for reasons stated on the record, the Court denies the motion for default judgment without prejudice.

|  | : | 02 |
|---|---|---|
| | Initials of Preparer | SMO |