O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6739-AHM (SHx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | INTERSCOPE RECORDS, et al. v. JOHN DOE #13 | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan G. Fetterly | No Appearance |

**Proceedings:** Renewed Motion for Entry of Default Judgment by the Court Defendant Akeem Christopher Ayers filed by Plaintiffs Interscope Records, UMG Recordings, Inc., Capitol Records, Inc., Sony BMG Music Entertainment [31] (non-evidentiary)

For reasons and findings stated on the record, the Court denies the renewed motion for entry of judgment.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | | SMO |